NUMBER 13-04-453-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE SHERIFF CONRADO CANTU 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Sheriff Conrado Cantu, filed a petition for writ of mandamus in the
above cause on August 30, 2004, and a motion for emergency relief on August 31,
2004. On August 31, 2004, the Court granted the motion for emergency relief and
ordered a stay of the recusal hearing set for September 1, 2004. The Court requested
that real parties in interest file a response to relator’s petition for writ of mandamus
on or before September 10, 2004.
          The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relator has not shown himself
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8. Accordingly, the stay is hereby ordered LIFTED. The
petition for writ of mandamus is DENIED.

                                                                                 PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 30th day of November, 2004.